**INTERROGATORY NO. 1**

It was the duty of John Walls in driving his semi tractor-trailer to exercise ordinary care for his own safety and for the safety of other persons using the highway and this general duty included the following specific duties:

1. To keep a lookout ahead for other vehicles in front of him or so near his intended line of travel as to be in danger of collision;

2. To have his semi tractor-trailer under reasonable control; and

3. To exercise ordinary care generally to avoid collision with other person or vehicles using the highway.

"Ordinary care" means such care as the jury would expect an ordinarily prudent person engaged in the same type of business to exercise under similar circumstances.

Are you satisfied from the evidence that John Walls failed to comply with one or more of these duties and that such failure was a substantial factor in causing the accident?

Yes __X__   No _____



0248

If you answered "Yes," please proceed to Interrogatory No. 2. If you answered "No," you have found for the Defendants. Please proceed no further with these instructions and interrogatories, and alert the Court Security Officer that you have reached a verdict.

## INTERROGATORY NO. 2

Even if you found for the Plaintiffs in Interrogatory No. 1, are you satisfied from the evidence that immediately before the accident that John Walls:

1. Suddenly became incapacitated;

2. That such incapacity was not reasonably foreseeable; and

3. That the accident occurred as a result of the incapacity.

Yes _____  No \_\_\_X_____



Foreperson    0248

If you answered "No," please proceed to Interrogatory No. 3. If you answered "Yes," you have found for the Defendants. Please proceed no further with these instructions and interrogatories, and alert the Court Security Officer that you have reached a verdict.

## INTERROGATORY NO. 3

Having found for Plaintiffs, you shall now determine from the evidence what sum of money would fairly and reasonably compensate the Estate of Christopher Short for the Destruction of His Power to Earn Money:

$2,449,343.00
(Not to exceed $2,449,343.00)

[signature redacted] 0248
Foreperson

Please proceed to Interrogatory No. 4.

17

## INTERROGATORY NO. 4

Having found for Plaintiffs, you shall now determine from the evidence what sum of money would fairly and reasonably compensate the Estate of Christopher Short for whatever mental suffering you believe from the evidence Christopher Short sustained in pre-impact fright as a direct result of the accident for Pre-Impact Fright:

$0.00
(Not to exceed $3,000,000.00)

_____ 0248
Foreperson

Please proceed to the Interrogatory No. 5.

18

## INTERROGATORY NO. 5

Having found for Plaintiffs, you shall now determine from the evidence what sum of money would fairly and reasonably compensate Joy Short for whatever loss of services, assistance, aid, society, companionship, and conjugal relationship of her husband you believe from the evidence she has sustained or is reasonably certain to sustain in the future for her Loss of Spousal Consortium: $3,550,657.00 *KB*

~~$3,560,657.00~~ *KB*

(Not to exceed $10,000,000.00)

███████████████████  0248
Foreperson

Please proceed to the Interrogatory No. 6.

19

## INTERROGATORY NO. 6

Having found for Plaintiffs, you shall now determine from the evidence what sum of money would fairly and reasonably compensate Garrett Short for whatever loss of love, affection, guidance, care, comfort and protection of his father you believe from the evidence he sustained during his minority for his Loss of Parental Consortium:    $1,000,000.00 ~~$1M~~

(Not to exceed $10,000,000.00)

Foreperson

Please proceed to the Interrogatory No. 7.

20

## INTERROGATORY NO. 7

Having found for Plaintiffs, you shall now determine from the evidence what sum of money would fairly and reasonably compensate Conner Short for whatever loss of love, affection, guidance, care, comfort and protection of his father you believe from the evidence he sustained or is reasonably certain to sustain during his minority for his Loss of Parental Consortium:

$3,000,000
(Not to exceed $10,000,000.00)

_____
Foreperson                    0248

Your deliberations are now complete. Please inform the Court Security Officer and he/she will instruct you when to proceed to the Courtroom.

21