**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **JOY SHORT,** *as Administratrix of the Estate of Christopher Short, et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **MARVIN KELLER TRUCKING, INC, et al.,** <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) )     NO. 5:19-CV-471-MAS |

**JUDGMENT**

In accordance with Fed. R. Civ. P. 58, and the jury verdict returned on December 3, 2021 [DE 106], IT IS ORDERED AND ADJUDGED AS FOLLOWS:

(1) Judgment is entered in favor of Plaintiff Joy Short, as Administratrix of the Estate of Christopher Short, for the Destruction of his Power to Earn Money in the amount of $2,449,343.00, plus interest at the legal rate from this date until paid;

(2) Judgment is entered in favor of Joy Short for Loss of Consortium in the amount of $3,550,657.00, plus interest at the legal rate from this date until paid;

(3) Judgment is entered in favor of Garrett Short for Loss of Consortium in the amount of $1,000,000.00, plus interest at the legal rate from this date until paid;

(4) Judgment is entered in favor of Conner Short, *a minor, by and through his mother and Next Friend*, Joy Short, for Loss of Consortium in the amount of $3,000,000.00, plus interest at the legal rate from this date until paid; and

(5) This is a FINAL and APPEALABLE Judgment and there is no just cause for delay.

Entered this 6th day of December, 2021.

