**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

| | |
|---|---|
| **JOY SHORT,** *as Administratrix of the* *Estate of Christopher Short, et al.*, )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MARVIN KELLER TRUCKING, INC, et al.,** )<br>)<br>)<br>)<br>**Defendants.** | NO. 5:19-CV-471-MAS |

**AMENDED JUDGMENT**

In accordance with FED. R. CIV. P. 58, 60(a), the Order entered contemporaneously herewith, and the jury verdict returned on December 3, 2021 [DE 106], IT IS ORDERED AND ADJUDGED AS FOLLOWS:

(1) Judgment is entered in favor of Plaintiffs in the amount of $10,000,00.00 as follows:

   a. the amount of $2,449,343.00, plus interest at the legal rate from this date until paid, is awarded to Joy Short, as Administratrix of the Estate of Christopher Short, for the Destruction of his Power to Earn Money, jointly and severally against Defendants Marvin Keller Trucking, Inc., and John Walls;

   b. the amount of $3,550,657.00, plus interest at the legal rate from this date until paid, is awarded to Joy Short for Loss of Consortium, jointly and severally against Defendants Marvin Keller Trucking, Inc., and John Walls;

    c.   the amount of $1,000,000.00, plus interest at the legal rate from this date until paid, is awarded to Garrett Short for Loss of Consortium, jointly and severally against Defendants Marvin Keller Trucking, Inc., and John Walls;

    d.   the amount of $3,000,000.00, plus interest at the legal rate from this date until paid, is awarded to Conner Short, *a minor, by and through his mother and Next Friend*, Joy Short, for Loss of Consortium, jointly and severally against Defendants Marvin Keller Trucking, Inc., and John Walls; and

(2) This Amended Judgment is entered nunc pro tunc to the original date of the Judgment entered December 6, 2021.

Entered this 9th day of May, 2022.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge